1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    United States of America,              )    No.      CR 11-355-PHX-JAT
                                             )             CV 12-170-PHX-JAT (LOA)
10          Plaintiff/Respondent,            )
                                             )    **ORDER**
11   vs.                                     )
                                             )
12                                           )
     Juan Fernandez-Mendoza,                 )
13                                           )
            Defendant/Petitioner/Movant.)
14                                           )
     _____)
15

16          Pending before the Court is Movant's Motion to Vacate, Set Aside or Correct Sentence

17   pursuant to 28 U.S.C. § 2255 (Doc. 1).  The Magistrate Judge issued a Report and

     Recommendation ("R&R") (Doc. 11) recommending that the Motion be denied.
18
            Neither party has filed objections to the R&R.  Accordingly, the Court hereby accepts
19
     the R&R.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not
20
     required to conduct "any review at all . . . *of any issue* that is not the subject of an objection"
21
     (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en*
22
     *banc*) ("statute makes it clear that the district judge must review the magistrate judge's
23
     findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis
24
     in original));  *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).
25
            Accordingly,
26
            **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 11)
27
     is **ACCEPTED and ADOPTED**;
28

**IT IS FURTHER ORDERED** that Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1) is **DENIED WITH PREJUDICE**; and the Clerk of the Court shall enter judgment accordingly.

**IT IS FINALLY ORDERED** that pursuant to Rule 11 of the Rules Governing Section 2255 Proceedings, in the event Movant files an appeal, a certificate of appealability and leave to proceed *in forma pauperis* on appeal is denied because Movant has not made a substantial showing of the denial of a constitutional right.

DATED this 16th day of August, 2013.

James A. Teilborg
Senior United States District Judge